THE HONORABLE BARBARA ROTHSTEIN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

ZACHARY HOOPER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,

    Defendants.

No. 2:24-cv-00056

**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Zachary Hooper and Defendant Amazon.com Services LLC ("Amazon") hereby jointly stipulate as follows:

1.    On December 6, 2023, Plaintiff filed a Class Action Complaint ("Complaint") against Amazon in King County Superior Court.

2.    On January 11, 2024, Amazon removed this matter to this Court.

3.    On January 17, 2024, the parties filed a Stipulated Motion to Extend Time to Respond to Complaint, asking the Court to extend Amazon's time to respond form January 18, 2024 to February 26, 2024. Dkt. #6. The Court granted the parties' Stipulated Motion. Dkt. #11.

STIPULATED MOTION TO EXTEND
RESPONSE DEADLINE (NO. 2:24-CV-00056) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

165714768.1

4.      Since the Court granted the parties' Stipulated Motion, the parties have conducted the Rule 26(f) conference and both parties have served discovery. The parties have also met and conferred, pursuant to the Court's Standing Order, regarding Amazon's intention to file a motion to dismiss.  The parties have also met and conferred about Plaintiff's intention to file a motion to remand and Plaintiff's requested discovery related to the remand issue.

5.      In the interest of judicial economy, Plaintiff and Amazon jointly stipulate to extending Amazon's deadline to respond to the Complaint for 60 days.

6.      Good cause supports this joint motion. A brief continuance may reduce or avoid motions practice because, first, it appears from the conference of counsel that at least portions of Amazon's motion to dismiss might be avoided by amendment of the Complaint.  Second, both parties intend to evaluate information about the putative class that might obviate—and, at a minimum, would inform—a motion to remand.  Additional time is necessary, however, to collect and evaluate relevant information about the putative class.

7.      Therefore, the parties respectfully request a 60-day extension of applicable initial case deadlines as follows:

|  | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Response Deadline | 2/26/2024 | 4/26/2024 |
| Initial Disclosure Deadline | 3/8/2024 | 5/7/2024 |
| Joint Status Report Due | 3/15/2024 | 5/14/2024 |

8.      This stipulation is without prejudice to Plaintiff's right to seek remand to Superior Court.

STIPULATED MOTION TO EXTEND
RESPONSE DEADLINE (NO. 2:24-CV-00056) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

165714768.1

RESPECTFULLY SUBMITTED this 23nd day of February, 2024.

| **ACKERMANN & TILAJEF, P.C.** | **PERKINS COIE LLP** |
|---|---|
| By: *s/ Craig J. Ackermann*<br>Craig J. Ackermann, WSBA #53330<br>Brian Denlinger, WSBA #53177<br>Avi Kreitenberg, WSBA #53294<br>**Ackermann & Tilajef, P.C.**<br>2602 North Proctor Street, Suite 205<br>Tacoma, WA 98406<br>Telephone: 253.625.7720<br>Facsimile: 253.276.0081<br>cja@ackermanntilajef.com<br>bd@ackermanntilajef.com<br>ak@ackermanntilajef.com<br><br>**Attorneys for Plaintiff** | By: *s/ Andrew E. Moriarty*<br>Andrew E. Moriarty, WSBA No. 28651<br>Kyle D. Nelson, WSBA No. 49981<br>Shannon McDermott, WSBA 59455<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>AMoriarty@perkinscoie.com<br>KyleNelson@perkinscoie.com<br>SMcDermott@perkinscoie.com<br><br>**Attorneys for Defendant**<br>**Amazon.com Services LLC** |

STIPULATED MOTION TO EXTEND
RESPONSE DEADLINE (NO. 2:24-CV-00056) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

165714768.1

## ORDER

Based on the foregoing stipulation, IT IS ORDERED that the case deadlines are amended as follows:

|  | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Response Deadline | 2/26/2024 | 4/26/2024 |
| Initial Disclosure Deadline | 3/8/2024 | 5/7/2024 |
| Joint Status Report Due | 3/15/2024 | 5/14/2024 |

DATED this 23rd day of February 2024.

*[signature: Barbara J. Rothstein]*

Barbara J. Rothstein
United States District Judge

PRESENTED BY:

By: *s/ Andrew E. Moriarty*
Andrew E. Moriarty, WSBA No. 28651
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
AMoriarty@perkinscoie.com

*Attorneys for Defendant Amazon.com Services LLC*

STIPULATED MOTION TO EXTEND
RESPONSE DEADLINE (NO. 2:24-CV-00056) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

165714768.1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 22, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 23, 2024.

*s/ Rebecca Becken*
Legal Practice Assistant

CERTIFICATE OF SERVICE
(NO. 2:24-CV-00056) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

165714768.1