THE HONORABLE BARBARA ROTHSTEIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ZACHARY HOOPER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive, <br><br> Defendants. | No. 2:24-cv-00056 <br><br> **STIPULATION OF DISMISSAL AND ORDER** |

**STIPULATION**

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff Zachary Hooper and Defendant Amazon.com Services LLC ("Amazon") stipulate as follows:

1.    This putative class action lawsuit was removed to this Court from King County Superior Court on January 11, 2024.

2.    No motion for class certification has been filed, and no class has been certified.

3.    Plaintiff hereby dismisses this lawsuit without prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class or class members.

4.    Plaintiff and Amazon agree that no party shall be deemed a prevailing party and no party shall be awarded fees or costs.

STIPULATION OF DISMISSAL (NO. 2:24-CV-00056) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

166223310.1

5.      The parties respectfully request that the Court enter an order consistent with this stipulation.


RESPECTFULLY SUBMITTED this 22nd day of April, 2024.


**ACKERMANN & TILAJEF, P.C.**                    **PERKINS COIE LLP**


By: *s/ Craig J. Ackermann*                      By: *s/ Andrew E. Moriarty*
Craig J. Ackermann, WSBA #53330                  Andrew E. Moriarty, WSBA No. 28651
Brian Denlinger, WSBA #53177                     Kyle D. Nelson, WSBA No. 49981
Avi Kreitenberg, WSBA #53294                     Shannon McDermott, WSBA 59455
**Ackermann & Tilajef, P.C.**                    **Perkins Coie LLP**
2602 North Proctor Street, Suite 205             1201 Third Avenue, Suite 4900
Tacoma, WA 98406                                 Seattle, WA  98101-3099
Telephone: 253.625.7720                          Telephone:  206.359.8000
Facsimile: 253.276.0081                          Facsimile:  206.359.9000
cja@ackermanntilajef.com                         AMoriarty@perkinscoie.com
bd@ackermanntilajef.com                          KyleNelson@perkinscoie.com
ak@ackermanntilajef.com                          SMcDermott@perkinscoie.com


**Attorneys for Plaintiff**                      **Attorneys for Defendant**
                                                 **Amazon.com Services LLC**

STIPULATION OF DISMISSAL (NO. 2:24-CV-
00056) – 2

166223310.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**ORDER**

Based on the foregoing stipulation, IT IS ORDERED that the above-captioned lawsuit is hereby DISMISSED WITHOUT PREJUDICE as to all claims of Plaintiff Zachary Hooper and DISMISSED WITHOUT PREJUDICE as to any claims of the putative class and putative class members. No party is awarded fees or costs.

DATED this 22nd day of April 2024.

Barbara J. Rothstein
United States District Judge

PRESENTED BY:

By: *s/ Andrew E. Moriarty*
Andrew E. Moriarty, WSBA No. 28651
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
AMoriarty@perkinscoie.com

*Attorneys for Defendant Amazon.com Services LLC*

STIPULATION OF DISMISSAL (NO. 2:24-CV-00056) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

166223310.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on April 22, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: April 22, 2024.

*s/ Mary L. Lyles*
Mary L. Lyles, Legal Practice Assistant

CERTIFICATE OF SERVICE
(NO. 2:24-CV-00056) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

166223310.1